ADAM G. GASNER (SBN: 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:    415-782-6000
Facsimile:     415-782-6011
E-Mail:          adam@gasnerlaw.com

Attorney for Defendant
WING WO MA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WING WO MA, et al.,<br><br>Defendant. | Case No: 13-cr-00529 CRB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE &<br><br>[PROPOSED] ORDER. |

THE PARTIES STIPULATE AS FOLLOWS:

The status conference set for Wednesday, December 23, 2015 at 12:00 PM may be continued to Wednesday, January 20, 2016 at 2:00 PM.

The parties further stipulate that pursuant to the Speedy Trial Act, time should continue to be excluded up until and including the new date of the status conference on January 20, 2016 for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

-1-
USA v. WING WO MA, et al., CR 15-00529 CRB
STIPULATION & PROPOSED ORDER RE: CONTINUING STATUS CONFERENCE

SO STIPULATED AND AGREED:

DATED: December 17, 2015

_____/s/_____
ADAM G. GASNER
Attorney for Defendant
WING WO MA

DATED: December 17, 2015

_____/s/_____
GEORGE CLAUDE BOISSEAU
Attorney for Defendant
KEVIN LUU

DATED: December 17, 2015

_____/s/_____
ADAM PENNELLA
Attorney for Defendant
JEFFREY HUYNH

DATED: December 17, 2015

_____/s/_____
DAMALI A. TAYLOR
Attorney for Plaintiff
UNITED STATES OF AMERICA

///

///

///

///

///

///

///

///

///

///

**ORDER**

IT IS HEREBY ORDERED that the status conference set for Wednesday, December 23, 2015 at 12:00 PM shall be continued to Wednesday, January 20, 2016 at 2:00 PM.

It is further ordered that pursuant to the Speedy Trial Act, time should continue to be excluded up until and including the new date of the status conference on January 20, 2016 for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: December 21st, 2015

_____
HON. CHARLES R. BREYER
United States District Judge

USA v. WING WO MA, et al., CR 15-00529 CRB
STIPULATION & PROPOSED ORDER RE: CONTINUING STATUS CONFERENCE