BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOSEPH M. ALIOTO JR. (CABN 215544)
WILLIAM J. EDELMAN (CABN 285177)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Joseph.Alioto@usdoj.gov
    William.Edelman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 15-529-CRB |
| Plaintiff, | UNITED STATES' REVISED WITNESS LIST |
| v. | |
| WING WO MA, | |
| Defendant. | |

    The United States respectfully submits this Revised Witness List pursuant to the Court's December 4, 2017, Order. The witness list is divided into five sections: "civilian" percipient witnesses, law enforcement witnesses, expert witnesses, custodians of records and other witnesses needed only for the authentication of evidence, and "other witnesses." The government will seek stipulations to obviate the need to call authentication witnesses. The "other witnesses" section is included here only out of an abundance of caution, as the United States does not currently intend to use any of the witnesses in this category in its case-in-chief.

<u>Civilian Percipient Witnesses</u>

1. Ancajima, Paul
2. Chan, Kin San
3. Chea, Nevin
4. Hoang, Chanh
5. Huynh, Jeffrey
6. Lee, Katherine, K.C. Meadows, or Ted Appel
7. Leung, Clifton
8. Luu, Kevin
9. Parker, Karen
10. Soria, Luis
11. Tran, Thinh Vinh
12. Yu, Cui Zhu
13. Yue, Andrew
14. Zhen, Eric

<u>Law Enforcement Witnesses</u>

15. Caudillo, Jason; Mendocino County Sheriff's Office
16. Espinoza, Luis; Mendocino County Sheriff's Office
17. Gallardo, Michael; Alameda County Sheriff's Office
18. Hession, Thomas; Redwood Valley Fire Department
19. Lam, William; Alameda County Sheriff's Office
20. Lorenzo, Dustin; Mendocino County Sheriff's Office
21. Porter, Andrew; Mendocino County Sheriff's Office
22. Stefani, Gregory; Mendocino County Sheriff's Office
23. VanderPorten, David; Federal Bureau of Investigation
24. Ward, Michael; Federal Bureau of Investigation

UNITED STATES' REVISED WITNESS LIST
CR 15-529-CRB

2

Expert Witnesses

25. Baker, Casseday; SERI (DNA)

26. Benjamin, Jacqueline Ann Marie, M.D.; Mendocino County Coroner's Office (Pathology)

27. Fitzgerald, Chad; Federal Bureau of Investigation (CAST/cell phone location)

28. Graham, Linda S.; California Department of Justice (Fingerprint)

29. Parrish, Ashley M.; Federal Bureau of Investigation (Fingerprint)

30. Rosenfeld, Kristina; California Department of Justice (Drug testing and evidence collection)

31. Webb, John B.H.; Federal Bureau of Investigation (Firearms/Toolmarks)

32. Wentworth, Jeannette N.; Federal Bureau of Investigation (DNA)

Custodians of Records and Other Witnesses Called to Authenticate Evidence

33. Emergency Dispatch ("911"), Mendocino County, Custodian of Records (911 call documents)

34. Alameda County Sheriff's Office, Custodian of Records (jail calls)

35. American Express, Custodian of Records (credit card statements)

36. Bank of America, Custodian of Records (credit card statements)

37. East West Bank, Custodian of Records (credit card statements)

38. J.P. Morgan Chase, Custodian of Records (credit card statements)

39. Mark, Rebekah; Federal Bureau of Investigation (Cantonese translations)

40. Federal Bureau of Investigation, Other Agents/Analysts (Cantonese translations)

41. AT&T, Custodian of Records (phone records)

42. MetroPCS, Custodian of Records (phone records)

43. T-Mobile, Custodian of Records (phone records)

44. Verizon, Custodian of Records (phone records)

45. Alvarado, Andrew; Mendocino County District Attorney's Office (phone/device extractions)

46. See, Donald; CART examiner, Federal Bureau of Investigation (phone/device extractions)

47. Federal Bureau of Investigation, Other Agents/Analysts (phone/device extractions)

48. Anderson Valley Advertiser, Custodian of Records (newspaper articles)

49. Fort Bragg Advocate News, Custodian of Records (newspaper articles)

50. Santa Rosa Press Democrat, Custodian of Records (newspaper articles)

51. Ukiah Daily, Custodian of Records (newspaper articles)

52. Willits News, Custodian of Records (newspaper articles)

53. Hertz Rent a Car, Custodian of Records (car rental documents)

54. Kobzanets, Alex; Federal Bureau of Investigation (fingerprint collection)

55. Angelina's Grill & Bar, Custodian of Records (surveillance video)

56. Surf Motel, Custodian of Records (surveillance video)

Other Witnesses (Not Likely Called in Case-in-Chief)

57. Arrington, Bryan; Mendocino County District Attorney's Office

58. Chan, Sampson; San Francisco Police Department

59. Chow, Chok Chai

60. Chow, Tseng; Federal Bureau of Investigation

61. Clark, Paul

62. Deng, Samantha

63. Fay, Christopher; Drug Enforcement Agency

64. Fisher, John; Federal Bureau of Investigation

65. Gillespie, Joseph; Federal Bureau of Investigation

66. Gupta, Butch; Mendocino County Sheriff's Office

67. Huang, Henry

68. Illia, John; Federal Bureau of Investigation

69. Jaroszewski, Mark; Federal Bureau of Investigation

70. Jones, Patrick; Department of Homeland Security, Homeland Security Investigations

71. Kong, Loren

72. Lam, Xia Xing

73. Lashua, Rene; Federal Bureau of Investigation

74. Lau, Wendy

75. Liu, Dei Ming

UNITED STATES' REVISED WITNESS LIST
CR 15-529-CRB

4

76. Markarian, Sarah; Federal Bureau of Investigation

77. Mateer, David; Drug Enforcement Agency (Drugs)

78. Miguel, Justin; Alameda County Sheriff's Office

79. Moy, Wing Hong

80. Nguyen, Thinh; Federal Bureau of Investigation

81. Pascua, Emmanuel V.; Federal Bureau of Investigation

82. Perez, Oscar; Alameda County Sheriff's Office

83. Pon, Jameson; San Francisco Police Department

84. Reddy, Govinder

85. Sanchez, Starla; Department of Homeland Security, Homeland Security Investigations

86. Smith, Bruce; Mendocino County Sheriff's Office

87. Walters, Christian; Federal Bureau of Investigation

88. Weis, John; Federal Bureau of Investigation

89. Wong, Tina

90. Wu, William; Federal Bureau of Investigation

91. Yu, Andrew

UNITED STATES' REVISED WITNESS LIST
CR 15-529-CRB

5