# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**

OCT - 4 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

WING WO MA,

CR 15-529 CRB

DEFENDANT(S).

## SECOND SUPERSEDING INDICTMENT

21 U.S.C. § 846 – Conspiracy to Manufacture/Distribute/Possess With Intent to Distribute Marijuana; 18 U.S.C. § 924 (c)(1)(A) – Possession of Firearm In Furtherance of and Use of Firearm During and In Relation to, a Drug Trafficking Crime; 18 U.S.C. § 924(j) – Use of a Firearm During and In Relation to a Drug Trafficking Crime Resulting in Death; 18 U.S.C. § 2 – Aiding and Abetting; 18 U.S.C. §§ 924(d), 981(a)(1)(C); 21 U.S.C. § 853(a), 28 U.S.C. § 2461(c) – Criminal Forfeiture

A true bill.

_____ Foreman

Filed in open court this __4th__ day of

__October 2018__.

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

KAREN L. HOM
Clerk

Bail, $ __no process__

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☒ SUPERSEDING

**OFFENSE CHARGED**

See Attachment A (Defendant Information Sheet for Second Superseding Indictment)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attachment A

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ Wing Wo Ma, a/k/a "Mark Ma," a/k/a "Fat Mark"

DISTRICT COURT NUMBER
15-CR-0529 CRB

FILED
OCT - 4 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   ALEX G. TSE
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Joseph M. Alioto Jr.

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction       ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes       If "Yes" give date filed
been filed?     ☐ No

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:        Before Judge:

Comments:

*United States v. Wing Wo Ma*
15-CR-00529 CRB

Defendant Information Sheet for Second Superseding Indictment
Attachment A

Count One (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B))
    Not less than 5 years and not more than 40 years' imprisonment;
    Not more than $5,000,000 fine;
    Not less than 4 years, and up to a life term of supervised release;
    $100 special assessment;
    Forfeiture;
    Deportation if applicable.

Count Two (18 U.S.C. § 924(c)(1)(A))
    Not less than 5 years and up to a life imprisonment consecutive to any other sentence;
    Not more than $250,000 fine;
    Not more than 3 years supervised release;
    $100 special assessment;
    Forfeiture;
    Deportation if applicable.

Count Three (18 U.S.C. § 924(j))
    Not more than life imprisonment;
    Not more than $250,000 fine;
    Not more than 5 years supervised release;
    $100 special assessment;
    Forfeiture;
    Deportation if applicable.

1  ALEX G. TSE (CABN 152348)
   United States Attorney

FILED

OCT - 4 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WING WO MA, a/k/a "Mark Ma," a/k/a "Fat Mark," <br><br> Defendant. | CASE NO. 15-CR-00529 CRB <br><br> VIOLATIONS: <br> 21 U.S.C. § 846 – Conspiracy to Manufacture/Distribute/Possess With Intent to Distribute Marijuana; 18 U.S.C. § 924(c)(1)(A) – Possession of Firearm In Furtherance of and Use of Firearm During and In Relation to, a Drug Trafficking Crime; 18 U.S.C. § 924(j) – Use of a Firearm During and In Relation to a Drug Trafficking Crime Resulting in Death; 18 U.S.C. § 2 – Aiding and Abetting; 18 U.S.C. §§ 924(d), 981(a)(1)(C); 21 U.S.C. § 853(a), 28 U.S.C. § 2461(c) – Criminal Forfeiture <br><br> SAN FRANCISCO VENUE |

S E C O N D   S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:	(21 U.S.C. § 846 – Conspiracy to Manufacture and to Distribute and to Possess with Intent to Distribute Marijuana)

1. Beginning on a date unknown to the Grand Jury, but from in or about January 2013 and continuing through at least on or about October 22, 2013, in the Northern District of California, the defendant,

WING WO MA,

together with others, known and unknown, knowingly and intentionally conspired to manufacture and to distribute and to possess with intent to distribute a Schedule I controlled substance, specifically, 100 or more marijuana plants, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vii).

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(B).

COUNT TWO:	(18 U.S.C. §§ 924(c)(1)(A) and 2 – Possession of Firearm in Furtherance of Drug Trafficking Crime and Use of Firearm During and In Relation to Drug Trafficking Crime)

2. In or about September and October 2013, and again on or about October 17, 2013, in the Northern District of California, the defendant,

WING WO MA,

knowingly possessed a firearm in furtherance of, and knowingly used, carried, and discharged a firearm during and in relation to, a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the drug trafficking conspiracy charged in Count One of this Second Superseding Indictment, and knowingly possessed and discharged a firearm during and in relation to the offense charged in Count One of this Second Superseding Indictment, and aided and abetted the same.

All in violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

COUNT THREE:	(18 U.S.C. §§ 924(j) and 2 – Use of Firearm Resulting in Death)

3. On or about October 17, 2013, in the Northern District of California, the defendant,

WING WO MA,

willfully and knowingly used and carried a firearm, during and in relation to a drug trafficking crime for

which he may be prosecuted in a court of the United States, namely, the drug trafficking conspiracy charged in Count One of this Second Superseding Indictment, and possessed a firearm in furtherance of such crime, and in the course of that crime caused the death of a person, namely Jim Tat Kong and Cindy Bao Feng Che, through the use of a firearm, which killing was murder as defined in Title 18, United States Code, Section 1111(a), and aided and abetted the same.

All in violation of Title 18, United States Code, Sections 924(j)(1) and 2.

FORFEITURE ALLEGATIONS:   (21 U.S.C. § 853; 18 U.S.C. §§ 924(d), 981(a)(1)(C); 28 U.S.C. § 2461(c))

4. The factual allegations contained in Counts One through Three of this Second Superseding Indictment are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

5. Upon conviction of the offenses alleged in Counts One through Three, the defendant,

WING WO MA,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in any knowing violation of section 924 or any violation of any other criminal law of the United States.

6. Upon conviction of the offenses alleged in Count One of this Second Superseding Indictment, the defendant,

WING WO MA,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation, and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations.

7. If, as a result of any act or omission of the defendants, any of said property

   a. cannot be located upon the exercised of due diligence;

   b. has been transferred or sold to or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

any and all interest defendants have in any other property (not to exceed the value of the above forfeitable property) shall be vested in the United States and forfeited to the United States, pursuant to Title 21, United States Code, Section 853(p), and 28 U.S.C. § 2461(c).

  All in violation of Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C); Title 21, United States Code, Section 853(a)(1), (a)(2), (p), Title 28, United States Code, Section 2461(c); and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: October 4, 2018

A TRUE BILL

_____
FOREPERSON

ALEX G. TSE
United States Attorney

_____
STEPHANIE HINDS
Deputy Chief, Criminal Division

(Approved as to form: _____)
JOSEPH M. ALIOTO JR.
WILLIAM FRENTZEN
Assistant United States Attorneys

4

UNITED STATES V. WING WO MA
SECOND SUPERSEDING INDICTMENT