| DOCUMENTS UNDER SEAL [X] | | | | TOTAL TIME (mins): 4 M | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Karen L. Hom | | REPORTER/FTR<br>FTR: 9:38-9:42 | |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | | DATE<br>October 12, 2018 | | NEW CASE<br>[ ] | CASE NUMBER<br>15-cr-0529-CRB-1 |

### APPEARANCES

| DEFENDANT<br>Wing Wo Ma | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Adam Gasner | PD. [ ] RET. [X]<br>APPT. [ ] |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Joseph Alioto, Jr., William Frentzen | | INTERPRETER<br>Anthony Tam - Cantonese | | [ ] FIN. AFFT SUBMITTED | [ ] COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Tim Elder | | [ ] DEF ELIGIBLE FOR APPT'D COUNSEL | | [ ] PARTIAL PAYMENT OF CJA FEES [ ] |

### PROCEEDINGS SCHEDULED TO OCCUR

| [ ] INITIAL APPEAR | [ ] PRELIM HRG | [ ] MOTION | [ ] JUGM'T & SENTG | [ ] STATUS<br>[ ] TRIAL SET |
|---|---|---|---|---|
| [ ] I.D. COUNSEL | [X] ARRAIGNMENT<br>4 M | [ ] BOND HEARING | [ ] IA REV PROB. or or S/R | [ ] OTHER |
| [ ] DETENTION HRG | [ ] ID / REMOV HRG | [ ] CHANGE PLEA | [ ] PROB. REVOC. | [ ] ATTY APPT HEARING |

### INITIAL APPEARANCE

| [ ] ADVISED OF RIGHTS | [X] ADVISED OF CHARGES | [ ] NAME AS CHARGED IS TRUE NAME | [ ] TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| [ ] ARRAIGNED ON INFORMATION | [X] ARRAIGNED ON INDICTMENT<br>3rd Superseding | [X] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| [ ] RELEASED ON O/R | [ ] ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | [ ] PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>[ ] CASH $ | | CORPORATE SECURITY [ ] | | REAL PROPERTY: [ ] |

| [ ] MOTION FOR DETENTION | [ ] PRETRIAL SERVICES REPORT | [ ] DETAINED | [ ] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [X] REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| [ ] CONSENT ENTERED | [X] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
|---|---|---|---|
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>10/12/18 (prev. set) | [ ] ATTY APPT HEARING | [ ] BOND HEARING | [ ] STATUS RE: CONSENT | [ ] TRIAL SET |
|---|---|---|---|---|
| AT:<br>11:00 AM | [ ] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING | [ ] CHANGE OF PLEA | [X] STATUS |
| BEFORE HON.<br>Breyer | [ ] DETENTION HEARING | [ ] ARRAIGNMENT | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY / REMOVAL HEARING | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

cc: LS

DOCUMENT NUMBER: