DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Christiaan.Highsmith@usdoj.gov
    William.Frentzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-00529 CRB |
| Plaintiff, | UNITED STATES' SECOND REVISED EXHIBIT LIST |
| v. | |
| WING WO MA, et al., | Trial Date:    October 15, 2019 |
| Defendant. | Pretrial Date:  October 1, 2019<br>Court:          Hon. Charles R. Breyer |

     The United States hereby submits its second revised exhibit list of exhibits the United States may offer in its case-in-chief. The United States reserves the right to modify this list as necessary.

Dated: September 12, 2019           Respectfully submitted,

                                           DAVID L. ANDERSON
                                           United States Attorney

                                           */s/*
                                           CHRISTIAAN HIGHSMITH
                                           WILLIAM FRENTZEN
                                           Assistant United States Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No.: <u>CR 15-00529 CRB</u>   Date: _____

<u>United States of America</u> vs. <u>Wing Wo Ma, et al.</u>

**GOVERNMENT'S REVISED EXHIBIT LIST**

**(X) Plaintiff ( ) Defendant**

| Exhibit Number | Description | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|
| 1 | (510) 590-6098 (Wing Wo Ma)<br>A. Subscriber Information<br>B. Call Detail<br>C. Call Detail<br>D. Location Information    (WM-042725-WM-045623) | | |
| 2 | (415) 286-2383 (Jim Tat Kong)<br>A. Subscriber Information<br>B. Call Detail Instructions<br>C. Call Detail    (WM-042725-WM-045623) | | |
| 3 | (510) 703-0929 (Jim Tat Kong)<br>A. Subscriber Information<br>B. Call Detail<br>C. Call Detail<br>D. Call Detail<br>E. Location Information    (WM-042725-WM-045623) | | |
| 4 | (415) 819-6821 (Cindy Chen)<br>A. Subscriber Information<br>B. Call Detail<br>C. Call Detail<br>D. Call Detail<br>E. Location Information    (WM-042725-WM-045623) | | |
| 5 | (415) 819-6823 (Cindy Chen)<br>A. Subscriber Information<br>B. Call Detail<br>C. Call Detail<br>D. Call Detail    (WM-042725-WM-045623) | | |

UNITED STATES' SECOND REVISED EXHIBIT LIST
CR 15-00529 CRB                 2

| Exhibit Number | Description | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|
| 6 | (510) 301-1600 (Jeffrey Huynh)<br>A. Subscriber Information<br>B. Call Detail (10/7/13 thru 10/30/13)<br>C. Call Detail (10/1/13 thru 11/7/13)<br>(WM-042725-WM-045623) | | |
| 7 | (415) 306-2047 (Kevin Luu)<br>A. Subscriber Information<br>B. Call Detail<br>C. Call Detail<br>D. Call Detail<br>E. Location Information   (WM-042725-WM-045623) | | |
| 8 | (415) 385-5293 (Kevin Luu)<br>A. Subscriber Information<br>B. Device I.D.<br>C. Call Detail<br>D. Call Detail   (WM-042725-WM-045623) | | |
| 9 | (415) 697-9915 (Kevin Luu)<br>A. Subscriber Information<br>B. Call Detail<br>C. Call Detail<br>D. Call Detail<br>E. Location Information   (WM-042725-WM-045623) | | |
| 10 | (415) 533-6163 (Eric Zhen)<br>A. Subscriber Information<br>B. Call Detail<br>C. Call Detail<br>D. Call Detail   (WM-042725-WM-045623) | | |
| 14 | (714) 769-0973 (Chanh Hoang)<br>A. Subscriber Information<br>B. Call Detail   (WM-042725-WM-045623) | | |
| 16 | Wing Wo Ma iPhone 4s 510.590.6098 (WM-050115) Cellbrite download S/N: C8PMT1MRFML8 | | |
| 17 | Wing Wo Ma Samsung SGH-A117 510.590.6098 (WM-050116)  Logical Extraction report (1B73) | | |
| 18 | Wing Wo Ma iPhone 4s 510.590.6098 (WM-050117) S/N: C8PMT1MRFML8 Back-up Extraction Report | | |
| 19 | Wing Wo Ma iPhone 4s 510.590.6098 (WM-050118) S/N: C8PMT1MRFML8 Logical Extraction report (1B71) | | |
| 20 | Jim Tat Kong iPhone 5 (510) 703-0929 (1A31) S/N: DNTK1JR6DTTN (WM-000122) | | |

UNITED STATES' SECOND REVISED EXHIBIT LIST
CR 15-00529 CRB                                      3

| Exhibit Number | Description | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|
| 21 | Jim Tat Kong Motorola Razor (415) 286-2383 (SW10A) (WM-000123) | | |
| 22 | Cindy Chen iPhone 5 (415) 819-6823 S/N C39K4YG6DTTP (WM-000124) | | |
| 25 | Cigarette butt by passenger door (1B23) | | |
| 26 | Cigarette butt by passenger door | | |
| 27 | Cigarette butt by passenger door | | |
| 28 | Cigarette butt by passenger door | | |
| 31 | Shell casing from Jim Tat Kong's body | | |
| 32 | Jim Tat Kong's baseball hat | | |
| 33 | $1,029 and flashlight, Jim Tat Kong's pocket | | |
| 34 | Receipt from cash in SW3 | | |
| 36 | Bank of America envelope from Jim Tat Kong's inside jacket pocket | | |
| 38 | Cindy Chen's blanket | | |
| 41 | Black purse | | |
| 41A | Cash receipt from purse for $3,912 | | |
| 42 | Credit cards and money orders | | |
| 43 | Motorola flip phone | | |
| 44 | Apple iPhone | | |
| 45 | Apple iPhone | | |
| 46 | Spent round on pass front center console | | |
| 47 | Spent casing from rear passenger floor | | |
| 48 | Swab from back of passenger headrest | | |

UNITED STATES' SECOND REVISED EXHIBIT LIST
CR 15-00529 CRB                                                      4

| Exhibit Number | Description | Date | |
|---|---|---|---|
| | | Marked for Identification | Admitted in Evidence |
| 49 | Swab from passenger side B pillar | | |
| 50 | Swab from right hand driver's headrest | | |
| 52 | Swab of water bottle | | |
| 54 | Northface backpack from third row seat in minivan | | |
| 55 | Plastic bag "Golden Nugget" | | |
| 56 | Cash receipt: $19,310 | | |
| 57 | White plastic bag "Wynn" casino | | |
| 58 | Cash receipt: $20,000 | | |
| 59 | U.S. Priority Mail envelope says "35K" | | |
| 60 | Cash receipt: $15,000 | | |
| 61 | U.S. Priority Mail envelope | | |
| 62 | Cash receipt: $26,000 | | |
| 63 | Documents from behind driver seat: urban farm receipts for $30k worth of marijuana grow equipment | | |
| 66 | Contents from between front seat and console: indicia Jim Tat Kong 1523 Miller Ave, garden supply receipts, Clifton Leung investment note; car repair receipts; hydroponic receipts | | |
| 67 | Lower glove box: Cindy Chen Sapphire credit card 4147 2021 2406 8881 account statements; misc. indicia; Dr. Lam indicia, Sheng Yang indicia; checking account number BOA 0279632372 | | |
| 68 | Upper glove box: receipt for $360 cash | | |
| 84 | Bullet from V2 mouth | | |
| 87 | Latent fingerprint card V2 | | |
| 88 | Vials of blood from V2 heart | | |
| 92 | Rolex V1 right wrist | | |

| Exhibit Number | Description | Date | |
|---|---|---|---|
| | | Marked for Identification | Admitted in Evidence |
| 101 | Latent fingerprint card V1 | | |
| 102 | Reference card V1 blood | | |
| 104 | X-rays V1 and V2 | | |
| 106 | Indicia, laminate card: Mark Ma | | |
| 107 | White iPhone 4s C8PMT1MRFML8 | | |
| 108 | HP laptop CNF0471BBG | | |
| 109 | ASUS webbook laptop | | |
| 110 | Fort Bragg papers and receipts: including Luu marijuana recommendation, multiple other marijuana recommendation, FBCR papers, map with Hwy 20 highlighted, receipts in Huynh name; Nevin Chea ID, Road D illegal greenhouse notice to Dr. Lam | | |
| 111 | Black laptop bag with binders and papers: FBCR papers and horticultural papers | | |
| 112 | Black Samsung phone on top of dresser near Wing Wo Ma IDs | | |
| 113 | iPad | | |
| 114 | Samsung phone | | |
| 115 | Black Toshiba tablet | | |
| 116 | Wing Wo Ma indicia: cannabis recommendation and three licenses | | |
| 117 | Samsung phone RFMB819522H | | |
| 118 | Samsung Black RV3A7555311A | | |
| 119 | Olympus digital camera | | |
| 120 | Polaroid digital camera | | |
| 121 | Sony laptop PCG-3DYL | | |
| 122 | HP computer tower | | |
| 123 | DVR 8401409BOX00469 | | |

UNITED STATES' SECOND REVISED EXHIBIT LIST
CR 15-00529 CRB                                    6

| Exhibit Number | Description | Date | |
|---|---|---|---|
| | | Marked for Identification | Admitted in Evidence |
| 124 | Bag of .45 caliber shell casings | | |
| 125 | Bag of 9mm shell casings | | |
| 126 | Single 1GB micro SD card | | |
| 127 | AT&T sim card | | |
| 128 | Back silver canon digital camera | | |
| 129 | Indicia from Road D, Nevin Chea and Thinh VinhTran | | |
| 130 | 150 vegetative marijuana plants | | |
| 131 | 1.55 pounds bud marijuana | | |
| 133 | Indicia Nevin Chea | | |
| 138 | Indicia: Thinh tran | | |
| 141 | Nevin Chea passport | | |
| 154 | Item 9 -- letter from Mendocino County to Dr. Lam from water district; misc. indicia Road D | | |
| 161 | Item 16 – Internet printout of 7191 W. Dry Creek, Healdsburg, CA. Google map of 7191 W. Dry Creek Rd., Healdsburg, CA and handwritten note on back listing materials and prices for building a greenhouse. | | |
| 165 | Item 20 – Handwritten note "Nevin Chea," Chase bank account 158271250 | | |
| 168 | Check in document Surf Motel | | |
| 169 | Credit card document Surf Motel | | |
| 170 | DMV Photo: Jim Tat Kong (WM-048091 & WM-050813 – WM-050814) | | |
| 171 | DMV Photo: Cindy Chen (WM-048092) | | |
| 177 | DMV Photo: Ma Wing Wo (WM-048094) | | |
| 179 | DMV Photo: Nevin Chea (WM-048103) | | |
| 180 | DMV Photo: Thinh Vinh Tran (WM-048098) | | |

| Exhibit Number | Description | Date Marked for Identification | Admitted in Evidence |
|---|---|---|---|
| 183 | DMV Photo: Kevin Luu (WM-048093) | | |
| 184 | DMV Photo: Eric Michael Zhen (GJ000412) | | |
| 186 | Surf Motel room key | | |
| 187 | Fort Bragg Community Resort Book | | |
| 188 | Surf Motel surveillance footage #1 (WM-000126) | | |
| 189 | ~~Overflight photos and video~~ | | |
| 190 | CD with video surveillance footage (Angelina's)<br>A – WM-050016<br>B – WM-050017 | | |
| 191 | Real estate financial documents (WM-000597 – WM-001371) | | |
| 192 | Documents, emails, and intelligence from Alameda County Sheriff's Office<br>A – Emails (WM-040914 – WM-040918)<br>B – Attachments (WM-040892 – WM-040893) | | |
| 193 | Surf Motel surveillance footage #2 (WM-000125) | | |
| 194 | RCFL download of seized electronics SVE049649 | | |
| 195 | $7.29 U.S. currency | | |
| 196 | Five checks from V1 Coach purse | | |
| 197 | $1.43 U.S. currency | | |
| 198 | Credit cards Cindy Chen: Five total | | |
| 199 | Two checks found in V1 jacket pocket | | |
| 200 | Sapphire credit card Jim Tat Kong | | |
| 201 | 16 money orders and BOA checks | | |
| 203 | $1.01 seized from Jim Tat Kong pocket | | |
| 204 | Black binder re marijuana business | | |
| 211 | Jeffrey Huynh buccal swab | | |

| Exhibit Number | Description | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|
| 212 | DNA secondary evidence | | |
| 213 | Wing Wo Ma buccal swab | | |
| 221 | Materials provided by Wing Wo Ma to ACSO, including map with areas circled | | |
| 223 | Photos of Crime Scene<br>A - (WM-000131 – WM-000296)<br>B - (WM-000370 – WM-000596)<br>C - (WM-050410 – WM-050417) Satellite images of scene | | |
| 224 | Photos of Autopsies<br>VI – Cindy Chen (WM-000297 – WM-000335)<br>V2 – Jim Tat Kong (WM-000336 – WM-000368) | | |
| 225 | Photos of Toyota Sienna (WM-002304 – WM-002386) | | |
| 226 | ~~Photos of Surf Motel~~ | | |
| 227 | Photos of 1401 Road D (July, 2013) (USA-000006) | | |
| 228 | Photos of Road D (October, 2013) (USA-000005) | | |
| 231 | Kristina Rosenfeld, Calif. DOJ Criminalist<br>A – CV (WM-046643 – WM-046644)<br>B – Report & notes 9/15/16 (WM-046645 – WM-046649) | | |
| 232 | Jeanette Wentworth, FBI Nuclear DNA Unit<br>A – CV (WM-049003 – WM-049005)<br>B – Report 1/13/14 (WM-002936 – WM-002939)<br>C – Report 2/12/14 (WM-048981 – WM-048986)<br>D – Report 4/14/14 (WM-003095 – WM-003097) | | |
| 234 | Ashley Parish, FBI Latent Print Unit<br>A – CV (WM-048342 – WM-048344)<br>B – Report 4/17/14 (WM-003103 – WM-003109) | | |
| 235 | Linda S. Graham, Calif. DOJ Latent Print Analyst<br>A – CV (WM-049137 – WM-049139)<br>B – Report 10/21/13 (WM-040956 – WM-040957)<br>C – Report 12/2/13 (WM-040958 – WM-040959)<br>D – Report 01/13/14 (WM-040960 – WM-040961)<br>E – Case Notes and photos (WM-049459 – WM-049610)<br>F – Report 12/8/17 (WM-050705 – WM-050706) | | |
| 236 | Casseday Baker, SERI Forensic Serologist<br>A – CV (WM-049135 – WM-049136)<br>B – Report & Notes (WM-049611 – WM-049666) | | |
| 237 | John Webb, FBI Firearms/Toolmark Unit<br>A – CV (WM-048599)<br>B – Report 6/10/14 (WM-003117 – WM-003122) | | |

UNITED STATES' SECOND REVISED EXHIBIT LIST
CR 15-00529 CRB                                    9

| Exhibit Number | Description | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|
| 238 | Andrew Alvarado, MCDA Cellular Phone Forensics<br>A – CV (WM-049145 – WM-049148) | | |
| 239 | Chad Fitzgerald, FBI CAST Unit<br>A – CV (WM-049140)<br>B – Cellular Analysis Survey Team (CAST) Analysis | | |
| 241 | Jacqueline Benjamin, Medical Examiner<br>A – CV (WM-049141 – WM-049144) | | |
| 242 | DNA Buccal Swabs: (a) Wing Wo Ma, (b) James Tat Kong, (c) Cindy Chen, (d) Kevin Luu, (e) Eric Zhen, (f) Jeffrey Huynh, (g) Chanh Hoang | | |
| 243 | Wing Wo Ma 10/22/2013 Interview: (a) transcript; (b) video recording; (c)-(*n*) excerpts of video<br>A – ~~(WM-047511 – WM-047606)~~<br>      (WM-050833 – WM-050948)<br>B – (WM-045632 and WM-045633)<br>C – N Excerpts | | |
| 244 | Wing Wo Ma 10/22/2015 Interview: (a) transcript; (b) video recording; (c)-(*n*) excerpts of video<br>A – (WM-041800 – WM-041969)<br>B – (USA-000009)<br>C – N Excerpts | | |
| 245 | Chanh Hoang statements: (a) 7/20/2015 interview transcript; (b) 12/20/2015 interview transcript<br>A - (WM-046665 – WM-046755)<br>B - (WM-046756 – WM-046814) | | |
| 247 | Jeffrey Huynh statements: (a) 10/25/2013 interview transcript; (b) 10/22/2015 interview transcript<br>A - (WM-046850 – WM-047003)<br>B - (WM-047608 – WM-047714) | | |
| 248 | Karen Parker interview transcript<br>(WM-047004 – WM-047017) | | |
| 249 | Kevin Luu statements: (a) 10/25/2013 interview transcript; (b) 01/09/2014 interview transcript; (c) 10/22/2015 interview transcript; (d) 3/30/2017 grand jury transcript<br>A - (WM-047018 – WM-047101)<br>B - (WM-047102 – WM-047209)<br>C - (WM-042080 – WM-042315)<br>D - (GJ000470 – GJ000524) | | |
| 250 | Kin San Chan interview transcript (10/22/2013)<br>(WM-047213 – WM-047260) | | |
| 251 | Paul Ancajima statements: (a) 10/23/2013 interview transcript; (b) 11/21/2013 interview transcript<br>A – (WM-047288 – WM-047346)<br>B – (WM-047347 – WM-047464) | | |

| Exhibit Number | Description | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|
| 252 | Paul Clark interview transcript (10/23/2013) (WM-047465 – WM-047502) | | |
| 253 | Search Warrant photos Wing Wo Ma Residence 10/22/15 (WM-049667 – WM-050013) | | |
| 254 | Newspaper articles: (a) Santa Rosa Press Democrat; (b) Anderson Valley Advertiser; (c) Fort Bragg Advocate News; (d) Ukiah Daily; and (e) Willits News<br>A - (WM-050300, WM-050302 – WM-050307)<br>B – (WM-050394 – WM-050397)<br>C - (WM-050398 – WM-050399)<br>D - (WM-050400 – WM-050406)<br>E - (WM-050407 – WM-050409) | | |
| 255 | Styrofoam head (male) | | |
| 256 | Styrofoam head (female) | | |
| 257 | Hertz Rent a Car paperwork (WM-050348 – WM-050356) | | |
| 258 | Casseday Baker, SERI Forensic Serologist<br>A – CV (WM-049135 – WM-049136)<br>B – 12/4/2017 Report & Notes<br>    (WM-050358 – WM-050393) | | |
| 259 | Wing Wo Ma Jail call 4-5-17 thru 7-5-17: (a) transcript; and (b) audio disc<br>A - (WM-050308 – WM-050311)<br>B – (WM-050357) | | |
| 260 | DMV Photo: Jeffrey Huynh (GJ000381) | | |
| 261 | DMV Photo: Chanh Hoang (GJ000380) | | |
| 262 | Photographs of 10/22/13 Mendocino County overflight of 1401 Road D and Highway 20 homicide scene (WM-050815 - WM-050832) | | |
| 263 | Photographs of Fort Bragg area taken 12/12/17 (WM-050730 - WM-050812) | | |
| 264 | Recordings of Harry Hu | | |
| 265 | Noelle Mah emails | | |
| 266 | Harry Hu life insurance records | | |
| 267 | Immigration Letter by Harry Hu | | |
| 268 | Photos of Fire Investigation of Ma's Workplace | | |

UNITED STATES' SECOND REVISED EXHIBIT LIST
CR 15-00529 CRB                          11

| Exhibit Number | Description | Date | |
|---|---|---|---|
| | | **Marked for Identification** | **Admitted in Evidence** |
| 269 | OPD Report Re: Fire at Ma's Workplace | | |
| 270 | Video of Lt. Andy Porter with Minivan | | |
| 271 | Blood Samples from Minivan | | |
| 272 | ERT Photographs of Minivan | | |
| 273 | Photos of Blood Spatter from Minivan | | |
| 274 | English Language Transcripts of Victim Text Messages | | |