ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:     415-782-6000
Facsimile:     415-241-7340
E-Mail:        adam@gasnerlaw.com

Attorney for Defendant
WING WO MA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>WING WO MA,<br><br>            Defendant. | No. 15-CR-00529 CRB<br><br>DEFENDANT'S PRETRIAL CONFERENCE STATEMENT AND TRIAL MEMORANDUM<br><br>Pretrial: October 1, 2019<br>Time: 2:30 p.m.<br>Hon. Charles R. Breyer |

Defendant WING WO MA ("Mr. Ma"), by and through his counsel of record, Adam G. Gasner, hereby submits his Pre-Trial Conference Statement and Trial Memorandum in the above-captioned case.

**I.    CHARGES**

Defendant WING WO MA ("Mr. Ma") is charged in a 4-Count Third Superseding Indictment, filed on October 11, 2018 (DKT. 144), with the following: COUNT ONE: 21 U.S.C. § 846 - Conspiracy to Cultivate and Distribute and to Possess with Intent to Distribute Marijuana; COUNT TWO: 18 U.S.C. § 924(c)(1)(A) - Possession of Firearm In Furtherance of and Use of Firearm During and In Relation to, a Drug Trafficking Crime; COUNT THREE: 18 U.S.C. § 924(j)

1

- Use of a Firearm Resulting in Death; and COUNT FOUR: 18 U.S.C. §§ 371, 666, 1343, and 1346 - Conspiracy to Commit Honest Services Fraud and Bribery.

**II.     JENCKS, BRADY, AND GIGLIO DISCLOSURE (Crim. L.R. 17.1-1(b)(1-3))**

The government claims to have complied with the required disclosures.

**III.    STIPULATIONS (Crim. L.R. 17.1-1(b)(4))**

There are currently no stipulations; however, the parties anticipate and are meeting and conferring regarding stipulations to the admissibility of certain evidence.

**IV.    NEED FOR INTERPRETERS (Crim. L.R. 17.1-1(b)(5))**

The defendant requires a Cantonese interpreter.

**V.     DISMISSAL OF COUNTS/ELIMINATION OF ISSUES (Crim. L.R. 17.1-1(b)(6))**

No issues.

**VI.    JOINDER/SEVERANCE (Crim. L.R. 17.1-1(b)(7))**

No issues.

**VII.   INFORMANT/IDENTIFICATION/PRIOR CONVICTIONS (Crim. L.R. 17.1-1(b)(8))**

Issues related to defendant Mark Ma's three prior misdemeanor convictions are the subject of an *in limine* motion.

**VIII.  WITNESSES (Crim. L.R. 17.1-1(b)(9))**

The defense shall file a witness list in accordance with the amended order for pretrial preparation. (Dkt. 155)

**IX.    EXHIBITS (Crim. L.R. 17.1-1(b)(10))**

The defense objects to the inclusion of any exhibits not produced by the government prior to trial.

GASNER CRIMINAL LAW
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102

**X.    OBJECTIONS TO EXHIBITS OR TESTIMONY (Crim. L.R. 17.1-1(b)(11))**

None currently.

**XI.   LEGAL ISSUES LIKELY TO ARISE AT TRIAL (Crim. L.R. 17.1-1(b)(12))**

None currently.

**XII.  SCHEDULING (Crim. L.R. 17.1-1(b)(13))**

No objections to scheduling.

**XIII. JURY VOIRE DIRE (Crim. L.R. 17.1-1(b)(14))**

The defense requests to conduct individual voir-dire.

**XIV.  JURY INSTRUCTIONS (Crim. L.R. 17.1-1(b)(14))**

The joint jury instructions proposed by the government are acceptable to the defense subject to the evidence at trial.

DATED: September 20, 2019

                                                  Respectfully submitted,

                                                  ___ /S/ *Adam Gasner* ___
                                                  Adam G. Gasner, Esq.
                                                  Attorney for Defendant
                                                  WING WO MA

**GASNER CRIMINAL LAW**
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102