ADAM G. GASNER (SBN: 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:    415-782-6000
Facsimile:    415-782-6011
E-Mail:    adam@gasnerlaw.com

Attorney for Defendant
WING WO MA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WING WO MA,<br><br>Defendant. | Case No: 15-CR-00529 CRB<br>AMENDED<br>STIPULATION TO EXTEND TIME FOR SUBMISSION OF POST-TRIAL MOTIONS &<br><br>[PROPOSED] ORDER |

THE PARTIES STIPULATE AS FOLLOWS:

On January 8, 2020, the Court vacated the post-trial motion hearing scheduled for February 12, 2020 (ECF #225) and scheduled the motion hearing for April 8, 2020, the same date set for sentencing. By stipulation, the parties agree and request that the Court accept the following timeline for filings:

- February 26, 2020: Defendant's post-trial motions due;

- March 18, 2020: Government opposition due;

- April 1, 2020: Defendant's reply due; and

1

- April 8, 2020: Hearing on post-trial motions.

SO STIPULATED AND AGREED:

DATED: January 14, 2020

/s/ *Adam Gasner*
Adam G. Gasner, Esq.
Attorney for Defendant
WING WO MA

DATED: January 14, 2020

/s/ *Valery Nechay*
Valery Nechay, Esq.
Attorney for Defendant
WING WO MA

DATED: January 14, 2020

/s/ *William Frentzen*
William Frentzen, Esq.
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: January 14, 2020

/s/ *Christiaan Highsmith*
Christiaan Highsmith, Esq.
Attorney for Plaintiff
UNITED STATES OF AMERICA

## ORDER

IT IS HEREBY ORDERED that the post-trial motion filing timeline shall proceed as follows:

- February 26, 2020: Defendant's post-trial motions due;
- March 18, 2020: Government opposition due;
- April 1, 2020: Defendant's reply due; and
- ~~April 8,~~ 2020: Hearing on post-trial motions.
  April 15, 2020 at 1:30 p.m. post-trial motions and sentencing hearing.

DATED: January 16, 2020

_____
HON. CHARLES R. BREYER
United States District Judge